UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOUSEHOLD STAFFING.COM, INC.,<br><br>Defendant. | ECF CASE<br><br>No.: 1:21-cv-06805-JMF |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion and no class action being certified under Fed. R. Civ. P. 23(a) and (b), Plaintiff Olsen hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  October 20, 2021
        New York, New York

_____
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

SO ORDERED

_____
October 21, 2021